IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01584-WYD-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2002 JEEP GRAND CHEROKEE,

        Defendant.

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture [ECF No. 20], filed February 24, 2011. Having carefully reviewed the motion, the motion is **GRANTED**.

Accordingly, the Court FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on February 11, 2011;

THAT based upon the facts and verification set forth in the Verified Complaint, it

appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of defendant property, more particularly described as a 2002 Jeep Grand Cherokee VIN 1J8GW58J12C268749, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property.

Dated:  March 1, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge